UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
<u>Norfolk</u> Division



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:25cr3

Brad Kenneth Spafford,

      **Defendant.**

## WAIVER OF RIGHT TO RULE 11
## PROCEEDINGS BEFORE A UNITED STATES DISTRICT JUDGE

I understand that I have a right to have a United States District Judge conduct the hearing, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, to determine that my plea of guilty to the felony charge(s) is/are knowingly and voluntarily entered. However, I desire to waive that right, and I consent to have a United States Magistrate Judge conduct the hearing, and I further consent to having the Magistrate Judge make the findings necessary to recommend to the District Judge that my plea be accepted.

I also understand that once a finding has been made that the plea is knowingly and voluntarily entered and once the plea has been accepted, I will not be permitted to withdraw the plea except upon a showing of a fair and just reason.

Date: 7/18/25    _____
                           Defendant

Date: 7/18/25    _____
                           Defendant's Counsel

Date: July 18, 2025    _____
                                United States Magistrate Judge