# GUILTY PLEA FELONY INDICTMENT MINUTES

| | | | |
|---|---|---|---|
| Time Set: | 9:00 a.m. | Date: | 7/18/2025 |
| Started: | 9:07 | Presiding Judge: | Robert J. Krask, USMJ |
| Ended: | 9:48 | Courtroom Deputy: | Brittney Titus |
| | | Reporter: | FTR-Mag 1 |
| | | U.S. Attorney: | Rebecca Gantt, AUSA |
| | | Defense Counsel: | Jeffrey Swartz/Lawrence Woodward Jr. |

( X ) Retained
(  ) Court appointed
(  ) AFPD

Interpreter:
U.S. Probation Officer:

Case Number: 2:25cr3
USA v Brad Kenneth Spafford          ( X ) in custody (  ) on bond

(X) Defendant requested to withdraw plea of not guilty to Count(s) 1,2 and enter a plea of guilty to said Count(s).
(X) Consent to Proceed before a U.S. Magistrate Judge pursuant to Rule 11, executed and filed in open court.
(X) Defendant sworn.
(X) Court fully advised defendant of rights, charges, and maximum penalties. Defendant acknowledged he/she understood.
(X) Plea agreement reviewed, executed, and filed in open court.   (  ) No plea agreement.
(X) Court inquired as to voluntariness of plea.
(X) Court inquired as to threats or promises.
(X) Court advised defendant that by pleading guilty the right to a trial by jury is waived.
(X) Plea of guilty entered.
(X) Defendant satisfied with services of counsel.
(X) Court inquired re: plea negotiations
(  ) Remaining count(s) to be dismissed at Sentencing.
(X) Statement of Facts executed and filed in open court.
(X) Continued for pre-sentence report.
(X) Court explained to defendant that by pleading guilty right to appeal is waived pursuant to plea agreement.
(X) Sentencing set: 12/18/25 at 9:00    before U.S. District Judge Allen
    (X) Norfolk    (  ) Newport News
(X) Unsigned Sentencing Procedure Order provided to defendant.
(X) Sentencing Procedure Order entered and filed in open court.
(X) Report and Recommendation Concerning Plea of Guilty entered and filed in open court.
(  ) Court (  ) finds (  ) withholds finding defendant guilty as charged in Count (s) ___
(  ) Defendant continued on bond.    (  ) See Additional conditions of release.
(  ) Bond set ___    (  ) See conditions of Release
(X) Defendant remanded to custody of U.S. Marshal.
(  ) ___
(  ) ___
(  ) ___