## ATTACHMENT A

All chemicals, metals, oxidizers, powders, components and gear seized from the defendant in Smithfield, VA on December 17, 2024, to include:

- sulfuric acid
- nitric acid
- nitromethane
- electrical matches
- fuse
- modified bulbs
- electrical wires
- BB in resin
- firing machines (2)
- red, white and blue hobby fuse
- vest camo
- straws (5)
- hot glue sticks bleach
- pellets
- syringes
- zinc plated BB's and slingslot ammo
- inert grenades
- wax mold
- pipe components
- Tannerite
- potassium chlorate
- potassium perchlorate Chinese
- hexamine
- barium nitrate
- potassium nitrate
- strontium nitrate Spanish
- ammonium perchlorate
- chlorinated rubber Chinese
- strontium carbonate
- PVC
- white beads
- white powder
- aluminum chips
- magnesium flake
- zinc dust

- antimony trisulfide
- Indian black aluminum
- atomized magnesium
- black copper oxide
- MG/AL-200 mesh
- American bright 808 aluminum
- A/A1 starter
- gray powder
- erythritol
- sulfur
- bismuth trioxide
- red gum
- red iron oxide
- erythritol powder
- citric acid
- sodium hydroxide
- dextrin
- notebooks
- journals
- devices collected for lab, matchhead device, blue top device, wax top device, white plastic top device, metal top device, red top device, yellow top device, concussion device and all components for these devices.

All firearms, magazines, and ammunition seized from the defendant in Suffolk, VA on December 17, 2024, to include:

- Approximately 3252 .223/.556 rifle rounds
- Numerous rifle magazines; approximately 13
- Numerous ammunition canisters; approximately 4
- Palmetto State Armory Model PA-15 multi-caliber Serial # SCD403476