9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

## SENTENCING MINUTES

Set: 9:00 a.m.  
Started: 9:00 a.m.  
Ended: 12:20 p.m.  

Date: December 18, 2025  
Judge: Arenda Wright Allen  
Court Reporter: Michelle Maar  
U.S. Attorney: Rebecca Gantt/Luke Bresnahan  
Defense Counsel: Jeffrey Swartz/Lawrence Woodward  
Courtroom Deputy: Lorraine Curtis  
Probation Officer: Jeffrey Noll  

Case No. 2:25cr3  
Defendant: Brad Kenneth Spafford           (X) in custody  ( ) on bond

_X_ Came on for disposition.    _X_ Defendant sworn.

_X_ Court finds the defendant GUILTY as to Counts _1 and 2_ after a plea before a USMJ.

_X_ Presentence Report reviewed.    ___ Objections heard and rulings made.

_X_ Court adopts PSR for the purpose of establishing the advisory guidelines.

_X_ Evidence presented. Witness: G-Amanda Krugler; Exhibit: G- 6, a disk **SEALED**

_X_ Arguments of counsel heard. _X_ Statement of defendant heard.

## IMPRISONMENT:

SENTENCE: Counts _1 and 2_: The defendant shall be committed to the custody of the BOP to be imprisoned for a total term of _96_ months. The term consists of NINETY-SIX (96) MONTHS on Count 1 and NINETY-SIX (96) MONTHS on Count 2, all to be served concurrently.

_X_ The defendant is remanded to the custody of the U.S. Marshal.

___ The defendant shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before _____ on _____, as notified by the U.S. Marshal.

___ If defendant is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

___ If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by _____ on _____ _____, to begin service of the sentence.

## PROBATION:

___ The defendant shall be placed on probation for a term of ___ years.

## SUPERVISED RELEASE:

__X__   Upon release from imprisonment, the defendant shall be on supervised release for a term of **THREE (3) YEARS.** The term consists of THREE (3) YEARS on Count 1 and a term of THREE (3) YEARS on Count 2, all to be served concurrently.

____   The Court will not impose a term of supervised release as it is not required by statute and the defendant is a deportable alien who likely will be deported after imprisonment.

## Standard Conditions of Supervised/Probation:

The defendant shall report in person to the probation office in federal judicial district where you are authorized to reside within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

## Special Conditions of Supervised Release/Probation:

*The defendant shall comply with the standard and special conditions that have been read into the record by the Court and outlined in the PSR and incorporated into the Judgment.(one additional special condition below)*

The defendant shall be on home detention for a period of TWENTY-FOUR (24) MONTHS, and shall abide by all technology requirements.  The defendant shall be restricted to his residence at all times, except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by the supervising officer.  The defendant shall pay all or part of the costs of the participation in the location monitoring program as directed by the probation officer.  The location monitoring technology to be used shall be at the discretion of the supervising officer.

## FINANCIAL PENALTIES

### SPECIAL ASSESSMENT:

_X_  As to count __1__, the defendant shall pay a special assessment in the amount of _$100.00_.
_X_  As to count __2__, the defendant shall pay a special assessment in the amount of _$100.00_.

The total special assessment due is ___$200.00___ and shall be due in full immediately.

### FINE:
_X_  No fine imposed
___  Court finds defendant is unable to pay fine.

### RESTITUTION:

___  Restitution to be determined.

_X_  No restitution imposed.

___  The defendant shall make restitution in the amount of $_____.

___  Restitution Judgment Order, entered and filed in open court.

### SCHEDULE OF PAYMENTS:

_X_  The special assessment is due in full immediately. Any balance remaining unpaid on the special assessment at the inception of supervision shall be paid by the defendant in installments of not less than $50.00 per month, until paid in full. Said payments shall commence 60 days after the defendant's supervision begins.

_X_  At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment ordered and shall notify the court of any change that may need to be made to the payment schedule.

___  Each restitution payment shall be divided proportionately among the payees named.

_X_  Any special assessment payments may be subject to penalties for default and delinquency.

_X_  Nothing in the Court's order shall prohibit the collection of any judgment by the United States.

__X__   Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

__X__   The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until the special assessment imposed by this judgment is fully paid.

_____ The defendant notified of right of appeal.

__X__  Court noted that defendant waived right of appeal in plea agreement.

_____ On motion of government, remaining counts dismissed.

_____ The defendant is continued on present bond and cautioned re bail jumping.

__X__  Court recommends incarceration at

> __X__   a facility as close to the Tidewater Virginia area as possible.
> __X__   a facility that will provide anger management treatment.
>
> __X__   a facility with vocational and educational opportunities.
>
> __X__   a facility that will provide a mental health evaluation, diagnosis and treatment as needed.

__X__  Consent Order of Forfeiture entered on July 18, 2025 and filed on July 22, 2025.

Additional Counts/Comments:

_____

_____

_____

_____

_____

_____